FLORENCE M. SEWALL et al., Appellants, *v.* EDMOND J. FITZ GIBBON, Respondent.

JOSEPH GIOSCIA, Appellant, *v.* EDMOND J. FITZ GIBBON, Respondent.

(Submitted October 26, 1932; decided November 22, 1932.)

*A. Page Smith* and *Daniel H. Prior* for appellants.

*Michael D. Reilly, Harold J. O' Keefe* and *Irwin M. Ives* for respondent.

In each case, judgment of the Appellate Division reversed and new trial granted, with costs to abide the event, on the ground that there was evidence of adverse possession to create an issue of fact and the dismissal of the complaint was error. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.